ERIC GRANT
United States Attorney
ROBERT ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 18, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

United States of America,

    Plaintiff,

v.

LLOYD LISTER,

    Defendant.

CASE NO. 2:25-mj-0150 SCR

SEALING ORDER

**UNDER SEAL**

# SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court. Law enforcement officers participating in the investigation may utilize copies of the sealed documents without further order of Court. Additionally, the government may provide the sealed document to defense counsel to comply with its discovery obligations in a criminal proceeding without further order of Court.

Dated: October 18, 2025

Hon. Sean C. Riordan
U.S. MAGISTRATE JUDGE

SEALING ORDER